## IN THE UNITED STATES DISTRICT COURT FOR THE
## MIDDLE DISTRICT OF TENNESSEE
## NORTHEASTERN DIVISION

| | |
|---|---|
| MELISSA PEAK, daughter and next of kin of the deceased, Danny Eugene Sherrill, ) ) ) | |
| Plaintiff, ) | Civil No. 2:09-0065 |
| ) v. ) ) | |
| CUMBERLAND COUNTY, TENNESSEE, ) BUTCH BURGESS, Sheriff, in his capacity as ) Sheriff of Cumberland County, Tennessee, ) CUMBERLAND COUNTY JUSTICE CENTER, ) and W. WHITE #923, C. SIMPSON #935, A. ILES ) #927, B. MILSTEAD #903, M. HAMBY, #920, ) C. HENNESSEE #925, TERRY BOOTS #917, ) and JOHN DOES I-X, all individually and as ) employees or agents of Cumberland County, ) Tennessee, Sheriff Burgess and/or Cumberland ) County Justice Center, ) ) Defendants. ) | |

### **O R D E R**

The Joint Motion to Lift Stay (Docket No. 22) is **GRANTED**. It is hereby **ORDERED** that, within ten (10) days of the entry of this Order, the parties shall file a joint proposed case management order, suggesting new deadlines. Upon its entry, the court will reset this case for trial.

It is so **ORDERED**.

Enter this 3rd day of November 2010.

_____
ALETA A. TRAUGER
United States District Judge