# IN THE UNITED STATES DISTRICT COURT FOR THE
# MIDDLE DISTRICT OF TENNESSEE
# NORTHEASTERN DIVISION

| | | |
|---|---|---|
| MELISSA PEAK, daughter and next of kin of the deceased, Danny Eugene Sherrill, | ) ) ) | |
| Plaintiff, | ) ) | Civil No. 2:09-0065 |
| v. | ) ) | |
| CUMBERLAND COUNTY, TENNESSEE, *et al.*, | ) ) | |
| Defendants. | ) | |

## **O R D E R**

The plaintiff has failed to timely comply with the court's Order of April 29, 2011 (Docket No. 36). It is therefore **ORDERED** that the Motion to Dismiss For Failure To Prosecute filed by the defendants (Docket No. 34) is **GRANTED**, and this case is **DISMISSED WITH PREJUDICE** for failure to prosecute and to comply with court orders.

It is so **ORDERED**.

ENTER this 19th day of May 2011.

_____
ALETA A. TRAUGER
U.S. District Judge